UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ04-M-272

UNITED STATES OF AMERICA

V.

Vanderly Pereira

**ORDER ON DETENTION**

ALEXANDER, M.J.

The defendant, Vanderly Pereira, appeared before this Court on November 23, 2004, for a hearing on detention pursuant to a complaint charging him with a violation of 18 U.S.C. § 1028(a)(2) (transfer of fraudulent documents).  Charles McGinty represented the defendant and Assistant United States Attorney Nadine Pellegrini appeared on behalf of the government.

At the commencement of the hearing, Mr. Pereira consented to detention without prejudice.  Accordingly, the Court ORDERED the defendant, Vanderly Pereira, DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.


11/23/04                                      /S/ Joyce London Alexander
Date                                          United States Magistrate Judge