UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05** CR **10002** RCL |
| v. | ) | CRIMINAL NO. |
| | ) | VIOLATIONS: |
| | ) | |
| VANDERLY PEREIRA | ) | COUNTS ONE-TWO: |
| | ) | 18 U.S.C. §1028(a)(2) |
| | ) | (Transfer of False |
| | ) | Identification |
| | ) | Documents) |
| | ) | COUNTS THREE-FOUR: |
| | ) | (Fraud and Misuse of |
| | ) | Documents) |

**INDICTMENT**

The Grand Jury charges as follows:

**COUNT ONE**
**18 U.S.C. §1028(a)(2)**
**(Transfer of False Identification Documents)**

On or about October 12, 2004, in the District of Massachusetts,

**VANDERLY PEREIRA**

the defendant herein, did knowingly transfer false identification documents, to wit, a counterfeit Social Security account number card and a counterfeit alien registration card, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

The Grand Jury further charges as follows:

## COUNT TWO
## 18 U.S.C. §1028(a)(2)
## (Transfer of False Identification Documents)

On or about November 9, 2004, in the District of Massachusetts,

## VANDERLY PEREIRA

the defendant herein, did knowingly transfer false identification documents, to wit, two counterfeit Social Security account number cards and two counterfeit alien registration cards, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

The Grand Jury further charges as follows:

**COUNT THREE**
**18 U.S.C. §1546(a)**
**(Fraud and Misuse of Documents)**

On or about October 12, 2004, in the District of Massachusetts,

**VANDERLY PEREIRA**

the defendant herein, did knowingly possess documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States, to wit, a Social Security account number card and an alien registration card, knowing such cards to have been forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2.

The Grand Jury further charges as follows:

## COUNT FOUR
## 18 U.S.C. §1546(a)
## (Fraud and Misuse of Documents)

On or about November 9, 2004, in the District of Massachusetts,

### VANDERLY PEREIRA

the defendant herein, did knowingly possess documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States, to wit, Social Security account number cards and alien registration cards, knowing such cards to have been forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

NADINE PELLEGRINI
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    January 5, 2005

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

**JS 45** (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____ **Category No.** II _____ **Investigating Agency** ICE _____

**City** Brighton _____

**County** Suffolk _____

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number MJ04-M-272-JLA _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Vanderly Periera                        Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address  Apt. #2, 353 Market Street, Brighton, MA _____

Birth date (Year only):  1971  SSN (last 4 #): _____ Sex  M  Race:  H _____ Nationality:  Brazilian _____

**Defense Counsel if known:**  Charles McGinty         **Address:** Federal Defender's Office _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Nadine Pellegrini _____ **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes  ☐ No       **List language and/or dialect:**  Portuguese _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**       ☐ **Regular Process**       ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  11/19/04 _____ in  Massachusetts _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☒ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  4 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  01/05/05          **Signature of AUSA:** _Nadine Pellegrini_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    __Vanderly Pereira_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 1028(a)(2) | Transfer of Fraudulent Documents | 1-2 |
| Set 2   18 USC 1546 | Fraud and Misuse of Documents | 3-4 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: