UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                      CRIMINAL CASE
         V.                                NO. 05-10002 RCL

VANDERLY PEREIRA
          Defendant

REPORT & ORDER
ON
INITIAL and FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On February 7, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1)     At the request of the parties, the Initial Status Conference was converted to a Final Status Conference;

2)     The parties requested that the case be sent directly to the District Judge for a Rule 11 Hearing. The Court ALLOWED the oral motion.

     IT IS HEREBY ORDERED THAT

     Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

                    HONORABLE JOYCE LONDON ALEXANDER
                    UNITED STATES MAGISTRATE JUDGE
                    By the Court:

                    /S/ Rex Brown _____
                    Courtroom Clerk

2/9/05 _____
Date